# Court of Appeals
# of the State of Georgia

ATLANTA,___May 09, 2012___

*The Court of Appeals hereby passes the following order:*

## A12A1654. IAN MENDELSON v. SOUTHEAST MORTGAGE OF GEORGIA, INC.

Ian Mendelson filed a direct appeal and an application for discretionary review of the trial court's order directing him to pay attorney fees under OCGA § 9-15-14. Appeals from orders awarding attorney fees and litigation expenses under OCGA § 9-15-14 are required to be made by discretionary application, not direct appeal. See OCGA § 5-6-35 (a) (10). On April 10, 2012, this Court denied Mendelson's application in Case No. A12D0314. As this Court lacks jurisdiction to consider a direct appeal of the trial court's order, Southeast Mortgage of Georgia, Inc.'s motion to dismiss Mendelson's direct appeal is hereby GRANTED.

Southeast Mortgage of Georgia, Inc.'s motion for fees and penalty for frivolous appeal, having been considered, is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_05/09/2012_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____, *Clerk.*